E-Filed

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-578-GHK (MRWx) | Date | May 15, 2013 |
|---|---|---|---|
| Title | *Keith Gilabert v. Ann C. Logue, et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

None

Attorneys Present for Defendants:

None

**Proceedings:**   **(In Chambers) Order re**: Motion to Strike [Dkt. No. 11]; Motion for Specified Discovery [Dkt. No. 20]; Motion to Continue Motion to Strike [Dkt. No. 22]

Three matters are now pending before us in this action: (1) Defendant Ann C. Logue's ("Logue") Motion to Strike as SLAPP action ("SLAPP Motion"); (2) Plaintiff Keith Gilabert's ("Plaintiff") Motion for Specified Discovery on Defamation and Libel ("Discovery Motion"); and (3) Plaintiff's Motion to Continue Logue's SLAPP Motion ("Motion to Continue"). We have considered the papers filed in support of and in opposition to these Motions, and deem them appropriate for resolution without oral argument. L.R. 7-15. As the Parties are familiar with the facts, we will repeat them only as necessary.

In his Discovery Motion, Plaintiff contends that the following discovery, directed at Logue, is essential to his opposition to the SLAPP Motion to the extent such discovery may help him establish a probability of prevailing on his libel and defamation claims:

1. Please provide the address and business phone number of Aaron Krowne.
2. Please provide all email addresses that "YOU" control.
3. Please provide all email addresses that "YOU" contact Aaron Krowne with.
4. Please produce all emails between "YOU" and Aaron Krowne.
5. Please produce all documents exchanged between "YOU" and Aaron Krowne.
6. Please produce all emails where "YOU" mention Keith Gilabert.

(Discovery Motion Exh. C). "Logue does not oppose Gilabert's motion for specified discovery to the extent that it includes only the six specific requests and subject to proper objections"; nor does Logue oppose Plaintiff's request to continue the SLAPP Motion for a reasonable time pending the discovery. (Logue Response to Motion to Continue at 2 [Dkt. No. 24]). Accordingly, Plaintiff's Discovery Motion is **GRANTED** to the extent it requests the specific discovery above. This limited discovery **shall be completed** by no later than **July 14, 2013**. "Completion" means that any discovery that is not received in hand by the requesting party by the completion date will be denied. If any discovery motions are necessary, the parties shall ensure that they are calendared and heard by the magistrate judge sufficiently in advance of the completion date to permit actual production, by the completion date, of any discovery

**CIVIL MINUTES - GENERAL**

E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-578-GHK (MRWx) | Date | May 15, 2013 |
|---|---|---|---|
| Title | *Keith Gilabert v. Ann C. Logue, et al.* | | |

the judge might order.  As the SLAPP Motion should be rebriefed in light of the results of the limited discovery permitted above, Logue's SLAPP Motion is **DENIED without prejudice** to refiling a duly noticed motion under the Local Rules **by August 14, 2013.**  Plaintiff's Motion to Continue is **DENIED as moot**.

**IT IS SO ORDERED.**

--          :          --

Initials of Deputy Clerk          Bea